# Court of Appeals
# of the State of Georgia

ATLANTA,   December 20, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0052. GOMEZ v. ORTIZ-BERDUO.**

Pursuant to Court of Appeals Rule 40 (b) and OCGA § 5-6-39, Elliott Gomez's Motion for Extension of Time to File Discretionary Appeal and Direct Appeal is hereby GRANTED. Gomez's deadline to file a discretionary and/or direct appeal is extended to January 21, 2025.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   12/20/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*